HORTON et al. v. THOMAS McNALLY CO.

In re HARRIMAN NAT. BANK.

(Supreme Court, Appellate Division, Second Department. May 14, 1915.)

Appeal from Special Term, Westchester County.

Action by Chauncey S. Horton and others against the Thomas McNally company. In the matter of the application of the Harriman National Bank and others, resisted by Benjamin B. O'Dell, Jr., as receiver, etc. From an order denying the application, the applicant appeals. Order modified.

Argued before JENKS, P. J., and CARR, RICH, and PUTNAM, JJ.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion per curiam in Horton v. McNally Co., 153 N. Y. Supp. 429, decided herewith, and, as so modified, affirmed, without costs.

JENKS, P. J., and CARR and PUTNAM, JJ., concur. RICH, J., votes to affirm on the opinion of Mr. Justice Tompkins at Special Term. 151 N. Y. Supp. 674.